**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

DARIN ROBERT WARD,                *

    Plaintiff                     *

                                              Case Number 5:07-CV-233 (CAR)

vs.                                *

OFFICE OF THE DISTRICT ATTORNEY,   *

    Defendant                     *

### J U D G M E N T

Pursuant to this Court's Order dated June 25, 2007, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 25th day of June, 2007.

                                                Gregory J. Leonard, Clerk

                                                s/ Denise C. Partee
                                                Deputy Clerk